**FILED**

07/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0456

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0456**

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF<br><br>HORATIO W. BURNS,<br><br>                              Deceased. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Appellant Lindsay Burns Barbier ("Appellant") has filed an Unopposed Motion for Extension of Time to File her Reply Brief.  Appellant's counsel has represented to the Court that she has contacted counsel for Appellees and Cross-Appellants, the Estate of Horatio W. Burns and Alison Burns, and they do not object to this Motion.

For good cause appearing,

**IT IS ORDERED** that Appellant's Motion for Extension of Time to File her Reply Brief is **GRANTED.**

**IT IS FURTHER ORDERED** that Appellant shall have up to and including September 1, 2023, to file her Reply Brief.

No further extensions will be granted.

4861-4898-2129, v. 1

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2023